IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OPERATING ENGINEERS' HEALTH AND
WELFARE TRUST FUND FOR NORTHERN
CALIFORNIA, et al.,

    Plaintiffs,

  v.

RSC GENERAL & ENGINEERING, INC.,
a California Corporation,

    Defendant.

No. C 19-02308 WHA

**ORDER DENYING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Court is in receipt of plaintiff's motion to continue the case management conference (Dkt. No. 14). Good cause has not been shown to warrant delay. A continuance is not justified solely by purporting to attempt resolution. The motion to continue is **DENIED**. The case management conference remains set for **AUGUST 1, 2019 AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 25, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE